UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-2622

Howard Johnson International Inc v. Mayflowers International Hotel Management LLC, et al

(U.S. District Court No.: 2-22-cv-01145)

**ORDER**

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: December 10, 2024

kr/cc: Bryan P. Couch, Esq.
Joseph C. Megariotis, Esq.
Kevin K. Tung, Esq.
Melissa E. Rhoads, Clerk

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate